**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| ABBY G. JONES,<br><br>                    Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY and CHRISTINA Z. ANDERSON,<br><br>                    Defendants. | CV 26-25-BU-WWM<br><br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On March 24, 2026, this Court issued a Screening Order in accordance with 28 U.S.C. § 1915(e)(2), finding that Plaintiff Jones' Complaint (Doc. 2) failed to comply with the pleading requirements set forth in Federal Rule of Civil Procedure 8 and failed to state a claim upon which relief could be granted.  (Doc. 5 at 6).  In an attempt to afford Ms. Jones adequate time to revise her Complaint and potentially resolve the matter before her scheduled graduation and commissioning date of May 8, 2026, the Court provided a deadline of April 6, 2026 by which Ms. Jones could have filed an Amended Complaint "to provide more specific allegations regarding her claims and to plead a cause of action" entitling her to relief.  (Doc. 5 at 11).  The Court warned Ms. Jones that her failure to file an Amended Complaint by the deadline would subject her Complaint "to dismissal

without further leave from this Court."  *Id*.  Ms. Jones did not file an Amended

Complaint.  Therefore,

     **IT IS HEREBY ORDERED** that the above-captioned matter is dismissed

with prejudice.

     The Clerk of Court is directed to notify the parties of the making of this

Order.

     DATED this 9th day of April, 2026.

                                     WILLIAM W. MERCER
                                     UNITED STATES DISTRICT JUDGE